UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROCARE USA LLC,

                         Plaintiff,

-v-

JAMES PETRIE,

                         Defendant / Third-Party Plaintiff,

-v-

ROBERT SIMMONS,

                         Third-Party Defendant.

17 Civ. 5726 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 30, 2018, the Court signed the parties' stipulation of settlement resolving this case. Dkt. 30. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 24, 2020
       New York, New York

1